OPINION — AG — ** ELECTION — STATE EMPLOYEE — POLITICAL ACTIVITY ** PURSUANT TO 26 O.S. 7-124 [26-7-124], A STATE CLASSIFIED EMPLOYEE MAY LAWFULLY ASSIST A VISUALLY DISABLED VOTER IN MARKING HIS BALLOT. (HANDICAP, STATE OFFICER AND EMPLOYEES, PARTISAN POLITICAL ACTIVITY, ELECTIONS, HELP STATE EMPLOYEE, ASSISTANCE) CITE: 26 O.S. 7-124 [26-7-124], 74 O.S. 805 [74-805](A), 74 O.S. 818 [74-818] (SUSAN TALBOT)